**Scura, Wigfield, Heyer & Stevens, LLP**
1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571

Invoice submitted to:

Stanley Trojaniak
51 Hadley Ave
Clifton, NJ 07011

November 16, 2016

In Reference To: Chapter 13 hourly
Case # C13-00842
Invoice # 40454

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/17/2016 | JJS3 | Meeting with client | 1.00<br>375.00/hr | 375.00 |
| 9/28/2016 | JJS3 | Review of documents dropped off by client - instructions paralegal | 0.30<br>375.00/hr | 112.50 |
| | JBE | Discussed case with JJS. Review of file and docket, filed credit counseling certificates. Email to client re. additional documents needed. | 1.00<br>150.00/hr | 150.00 |
| 9/29/2016 | TA | Paralegal- Set up client file, Enter Client Information into Time Matters & Time Slips. | 0.50<br>150.00/hr | 75.00 |
| 9/30/2016 | JBE | Email exchange with client re. P&L for business. | 0.20<br>150.00/hr | 30.00 |
| 10/3/2016 | CB | Review of case and discussion with JES regarding Sub of Atty on shorten time, upcoming 341 hearing, and CC Cert. being late | 0.40<br>375.00/hr | 150.00 |
| | JBE | Review of P&L, email to client. | 0.20<br>150.00/hr | 30.00 |
| 10/5/2016 | CB | Reviewed Motion to Sub as counsel as well as Cert. of Debtors to temp. waive credit counseling requirement. Revised and discussed with JES | 0.40<br>375.00/hr | 150.00 |
| | JBE | Worked on missing schedules and plan. Drafted certification of client for temporary waiver of CC. Emailed to client. | 3.00<br>150.00/hr | 450.00 |

Stanley Trojaniak                                                                                                                  Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/2016 | JBE | Drafted motion to sub into case as counsel, filed same.  Telephone calls with client to review missing schedules, finalized schedules and plan, filed same. | 2.50<br>150.00/hr | 375.00 |
| 10/7/2016 | JBE | Filed debtor's certification for temporary waiver of CC.  Email to client.  Uploaded documents to Trustee, email to Trustee re. Tuesday's 341. | 0.70<br>150.00/hr | 105.00 |
|  | AS | Motion to Substitute into Case - Service. | 0.80<br>150.00/hr | 120.00 |
| 10/12/2016 | AS | Order amending schedule. FIling as well as service. | 1.00<br>150.00/hr | 150.00 |
|  | JR | Drafted and filed the request for loss mitigation along with proposed order. Served all parties involved. | 0.90<br>150.00/hr | 135.00 |
|  | JBE | Follow-up email to Trustee's office re. 341. | 0.10<br>150.00/hr | 15.00 |
| 10/13/2016 | AS | Service of Notice of Request for Loss Mitigation | 0.40<br>150.00/hr | 60.00 |
|  | AS | Modified Chapter 13 Plan - Service | 0.40<br>150.00/hr | 60.00 |
|  | CB | Reviewed Objection to Confirmation filed by Stern Eisenberg Firm | 0.20<br>375.00/hr | 75.00 |
| 10/17/2016 | JBE | 341 letter to clients. | 0.50<br>150.00/hr | 75.00 |
| 10/21/2016 | JBE | Email to client re. filing fee outstanding. | 0.10<br>150.00/hr | 15.00 |
| 10/24/2016 | JBE | Letter to clerk enclosing payment of filing fee.  Email exchange with client. | 0.40<br>150.00/hr | 60.00 |
|  | CB | Plan and prepare for 341 meeting, scheduled for tomorrow.  Reviewed case history, pleadings, Plan objection, and NDC website.  Called client to discuss meeting and what to bring | 0.60<br>375.00/hr | 225.00 |
|  | JR | began preparing the loss mitigation package | 0.70<br>150.00/hr | 105.00 |
| 10/25/2016 | CB | Drive to and from Newark for 341 hearing (time split with other client) | 0.80<br>150.00/hr | 120.00 |
|  | CB | Attendance at 341 meeting, wait time, and conversations with client regarding case | 0.50<br>375.00/hr | 187.50 |
|  |  | For professional services rendered | 17.60 | $3,405.00 |

Stanley Trojaniak                                                                                             Page    3

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 10/7/2016 | Postage | 9.38 |
|  | Postage | 6.67 |
| 10/12/2016 | Postage | 8.71 |
| 10/13/2016 | Postage | 6.67 |
| 10/17/2016 | Filing Fee | 30.00 |
| 10/18/2016 | Signature Information Solutions- Search | 20.00 |
| 10/24/2016 | Notice of Hearing for Failure to Pay Filing Fee | 232.50 |
|  | Total costs | $313.93 |
|  | Total amount of this bill | $3,718.93 |
| 9/27/2016 | Payment - Thank You. Check No. 1959 | ($3,000.00) |
|  | Total payments and adjustments | ($3,000.00) |
|  | Balance due | $718.93 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---:|---:|
| JJS3 - John J. Scura III, Esq. | 1.30 | 375.00 |
| CB - Christopher Balala, Esq. | 2.10 | 375.00 |
| CB - Christopher Balala, Esq. | 0.80 | 150.00 |
| AS - Alex Scolavino - Paralegal | 2.60 | 150.00 |
| JBE - John B Esposito - Paralegal | 8.70 | 150.00 |
| JR - Jamal Romero - Paralegal | 1.60 | 150.00 |
| TA - Tami Arce - Paralegal | 0.50 | 150.00 |