## Scura, Wigfield, Heyer, Stevens & Cammarota, LLP

1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571


Invoice submitted to:


Stanley Trojaniak
51 Hadley Ave
Clifton, NJ 07011


June 23, 2017

In Reference To:Chapter 13 hourly

Case #  C13-00842

Invoice #41908

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/16/2016 | DES | Communication within firm concerning upcoming confirmation hearing and loss mitigation objection | 0.10 375.00/hr | 37.50 |
|  | MTM | Review and prepare for Confirmation. Review objection | 0.20 375.00/hr | 75.00 |
|  | JBE | Prepared and filed PCC. | 0.20 150.00/hr | 30.00 |
| 11/17/2016 | MTM | To and from Confirmation hearing 11/17 | 0.40 187.50/hr | 75.00 |
|  | MTM | Appearance at Confrimation hearing on 11/17 | 0.30 375.00/hr | 112.50 |
| 11/21/2016 | CB | Reviewed, executed, and returned CO resolving Objection to Plan to Stern Lavinthal Firm | 0.30 375.00/hr | 112.50 |
| 12/5/2016 | JJS3 | Telephone call with son of client on status - instructions to paralegal | 0.10 375.00/hr | 37.50 |
|  | JJS3 | Review of claim register after speaking to son of client - instructions paralegal on this radio station claim | 0.20 375.00/hr | 75.00 |
| 12/19/2016 | AS | Review of Order Granting Compensation. Saved to Server. | 0.10 150.00/hr | NO CHARGE |
| 12/23/2016 | JR | communicated with the client the need for the loss mitigation package. | 0.20 150.00/hr | 30.00 |

Stanley Trojaniak

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/29/2016 | AS | Review of Proof of Claim. Saved to server. | 0.10<br>150.00/hr | NO CHARGE |
| 12/30/2016 | CB | Discussion with TA over client's questions regarding deadline for submitting LMP packet | 0.10<br>375.00/hr | 37.50 |
| 1/3/2017 | AS | Review of Proof of Claim 5.  Saved to server. | 0.10<br>150.00/hr | NO CHARGE |
| 1/6/2017 | AS | Review of POC 6.  Saved to server. | 0.10<br>150.00/hr | NO CHARGE |
| | AS | Review of POC 7.  Saved to server. | 0.10<br>150.00/hr | NO CHARGE |
| 1/9/2017 | AS | Review of Proof of Claim 8.  Saved to server. | 0.10<br>150.00/hr | NO CHARGE |
| 1/10/2017 | AS | Review of POC 9.  Saved to server. | 0.10<br>150.00/hr | NO CHARGE |
| 1/16/2017 | AS | Review of Ch.13 Trustee Annual Report. Saved to server. | 0.10<br>150.00/hr | NO CHARGE |
| 1/17/2017 | JR | Opened up the DMM portal and reviewed the loss mitigation package from the client. Submitted the loss mitigation package to the lender via DMM portal. Drafted letter of additional requested documents to the client. | 1.90<br>150.00/hr | 285.00 |
| 1/26/2017 | AS | Application for Extension of Loss Mitigation | 0.80<br>150.00/hr | 120.00 |
| 1/27/2017 | AS | Service of Request for Extension of Loss Mitigation. | 0.10<br>150.00/hr | 15.00 |
| 2/17/2017 | CB | Reviewed MFR which is based on clients making no APP/RMMP. Discussed with JES and JR via email | 0.40<br>375.00/hr | 150.00 |
| 2/21/2017 | JBE | Telephone call with client re. MFR.  Review of all claims, calculated necessary increase. | 0.60<br>150.00/hr | 90.00 |
| 2/23/2017 | JR | looked over the requested documents and submitted them to the lender. | 0.60<br>150.00/hr | 90.00 |
| 3/2/2017 | JR | reviewed requested documents and submitted them to the lender. | 0.50<br>150.00/hr | 75.00 |
| 3/9/2017 | JR | looked over the trial loan modification documents. communicated with the client the terms of the trial. | 0.60<br>150.00/hr | 90.00 |
| | JBE | Review of trial with client via phone.  Drafted and filed opposition to creditor's MFR. | 0.70<br>150.00/hr | 105.00 |

Stanley Trojaniak

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/9/2017 | CB | Reviewed trial period loan mod and discussed opposition to MFR with JES | 0.30 375.00/hr | 112.50 |
| 3/15/2017 | CB | Plan and prepare for MFR hearing, scheduled for tomorrow. Reviewed pleadings, TPP, and emailed attorneys from Stern Lavinthal in an attempt to resolve | 0.50 375.00/hr | 187.50 |
| 3/16/2017 | CB | Drive to and from Newark for MFR hearing (time split with other clients) | 1.00 187.50/hr | 187.50 |
| | CB | Court appearance at MFR hearing | 0.30 375.00/hr | 112.50 |
| 3/23/2017 | JR | communicated with the client about the trial loan modification payments. | 0.20 150.00/hr | 30.00 |
| 3/24/2017 | CB | Receipt and review of CO resolving MFR hearing from Stern Lavinthal Firm.  Reviewed, executed, and returned via email | 0.30 375.00/hr | 112.50 |
| 3/29/2017 | JBE | Review of CO.  Email to client re. MFR resolution terms. | 0.30 150.00/hr | 45.00 |
| 4/26/2017 | JR | Drafted and filed application to extend loss mitigation along with proposed order and cert of service to all parties. | 0.80 150.00/hr | 120.00 |
| 5/22/2017 | CB | Reviewed Trustee's COD which is based on missed Plan payments as well as plan being short | 0.20 375.00/hr | 75.00 |
| 5/26/2017 | CB | Review of claims against credit report and discussion with JES | 0.50 375.00/hr | 187.50 |
| | CB | Meeting with client to review LM offered, claims, and discuss MTD | 0.60 375.00/hr | 225.00 |
| | JBE | Review of claims filed and NDC.  Met with clients and CB to review Trustee's MTD and final loan mod docs. | 1.50 150.00/hr | 225.00 |
| 6/14/2017 | CB | Plan and prepare for Trustee's MTD, scheduled for tomorrow | 0.30 375.00/hr | 112.50 |
| 6/15/2017 | CB | Drive to and from Newark for Trustee's MTD hearing (time split with other clients) | 0.40 187.50/hr | 75.00 |
| | CB | Court appearance at Trustee's MTD hearing | 0.30 375.00/hr | 112.50 |
| 6/19/2017 | JBE | Telephone call with client re. outcome of Trustee's MTD. | 0.10 150.00/hr | 15.00 |
| | | For professional services rendered | 16.70 | $3,577.50 |

Stanley Trojaniak                                                                          Page      4

### Additional Charges :

|            |                              | Amount     |
|------------|------------------------------|-----------|
| 10/25/2016 | Parking and/or Tolls-        | 6.50      |
| 1/17/2017  | Filing Fee, Loss Mit Portal  | 40.00     |
| 1/27/2017  | Postage                      | 6.46      |
| 3/16/2017  | Parking and/or Tolls-        | 4.00      |
|            | Total costs                  | $56.96    |
|            | Total amount of this bill    | $3,634.46 |
|            | Previous balance             | $718.93   |
| 1/23/2017  | Payment - Thank You          | ($718.93) |
|            | Total payments and adjustments | ($718.93) |
|            | Balance due                  | $3,634.46 |

### Timekeeper Summary

| Name                                | Hours | Rate   |
|-------------------------------------|-------|--------|
| JJS3 - John J. Scura III, Esq.      | 0.30  | 375.00 |
| CB - Christopher Balala, Esq.       | 4.10  | 375.00 |
| CB - Christopher Balala, Esq.       | 1.40  | 187.50 |
| DES. - David E Sklar, Esq           | 0.10  | 375.00 |
| MTM - Mark T. Matri, Esq.           | 0.50  | 375.00 |
| MTM - Mark T. Matri, Esq.           | 0.40  | 187.50 |
| AS - Alex Scolavino - Paralegal     | 0.90  | 150.00 |
| AS - Alex Scolavino - Paralegal     | 0.80  | 0.00   |
| JBE - John B Esposito - Paralegal   | 3.40  | 150.00 |
| JR - Jamal Romero - Paralegal       | 4.80  | 150.00 |