**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

|  |  |
|---|---|
| IN RE:<br>STANLEY TROJANIAK<br>MARIA TROJANIAK<br><br>Debtor(s) | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No.:  16-26168VFP<br><br>CH13 STANDING TRUSTEE'S MOTION TO<br>STOP DISBURSEMENTS ON CLAIM |
| SETERUS INC<br>PO BOX 1047<br>HARTFORD, CT  06143 | Hearing Date:  December 07, 2017<br>Hearing Time: 11:00 am |

Amount          $154,669.13

The Trustee requests permission to stop disbursing on above claim, and recommends to the Court that said claim be allowed in the amount of $0 for the following reason(s):

(X)   An order approving loan modification was entered and it was silent as to the treatment of the mortgagee's pre-petition arrears.  It has been over 60 days since the loan modification order and to date an amended proof of claim has not been filed and the Trustee has not been notified whether or not the loan modification was consummated.

Dated:  November 03, 2017

/S/Marie-Ann Greenberg
Marie-Ann Greenberg, Standing Trustee