**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  070041550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
STANLEY TROJANIAK
MARIA TROJANIAK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  16-26168VFP

**CERTIFICATION IN SUPPORT OF DEFAULT**

I, Lauren O'Shea, being of full age certify that:

- I am an administrator for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

- The above Chapter 13 petition was scheduled for a Confirmation/Motion Hearing before The Honorable VINCENT F. PAPALIA.

- On 6/20/2017, Judge VINCENT F. PAPALIA ordered that the debtor(s) herein was not to be more than 30 days in default with respect to their Chapter 13 payments.

- In the event the debtor(s) did not make said payments, the Standing Trustee may file a certification and an Order to dismiss the instant Chapter 13 petition.

- The last payment was received on 08/29/2017, and the debtor(s) are currently delinquent in the amount of $7,303.00.

- This certification is being made pursuant to said Order.

- For the reasons set forth above, the Trustee recommends this case be dismissed.

- Any objection to this Certification of Default must be filed with the court and served upon the Chapter 13 Trustee within 14 days of 11/28/2017.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated:  November 28, 2017

By:  /S/  Lauren O'Shea
Lauren O'Shea
Administrator